

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00378-CV

The Port of Corpus Christi, LP
v.
The Port of Corpus Christi Authority of Nueces County

On Appeal from the
County Court at Law No. 4 of Nueces County, Texas
Trial Court Cause No. 2018CCV-60780-4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be vacated and dismissed in part, affirmed in part, reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court VACATED AND DISMISSED IN PART, AFFIRMED IN PART, REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and 50% against appellee.

We further order this decision certified below for observance.

July 1, 2021